### Abraham Boyce v. Reuben Morgan.

IN error on *certiorari*, upon an agreement entered into, on the 28th of *December*, not to sue a third person, the *gravamen* was laid, that he, *since that time* had sued, and the summons was dated on the day of the agreement. On this, the defendant below insisted on a nonsuit ; but the plaintiff refusing to submit to it, a verdict was given in his favour. It was now contended, that the levying the plaint was the commencement of the suit ; but the court, on the authority of *Lowry* v. *Lawrence, ante,* p. 170.

ruled, that issuing the summons, or warrant, was the beginning of the action, and reversed the judgment; the suit appearing on the face of the record, to have been instituted previous to any cause of action accrued.